# EXHIBIT K

○ Broadcom Offices
◉ Sales Offices
○ Manufacturing Rep
○ Distributors

Texas, United States

RESULTS

Broadcom - Round Rock
810 Hesters Crossing Rd, Suite 175
Round Rock, TX 78681
Phone: +512 651 9559
Ken Hare

Broadcom
Broadcom Mexico
Broadcom - Round Rock
810 Hesters Crossing Rd, Suite 175
Round Rock, TX 78681
Ken Hare

Broadcom
15455 N. Dallas Parkway, Suite 600
Addison, TX 75001
Phone: +512 651 9559
Ken Hare

Broadcom
15455 N. Dallas Parkway, Suite 600
Addison, TX 75001
Phone: +512 651 9559
Ken Hare

Broadcom (Eastern Idaho only)
15455 N. Dallas Parkway, Suite 600
Addison, TX 75001
Phone: +512 651 9559
Ken Hare

Full Location List

PRODUCTS DOWNLOADS COMPANY CONTACT US

Legal Privacy Policy

Contents ©2016 Broadcom Ltd. All rights reserved.

