# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| Godo Kaisha IP Bridge 1, | § § § | |
| v. | § | Case No. 2:16-CV-134-JRG-RSP |
| Broadcom Limited et al | § § § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation filed by Magistrate Judge Payne on March 1, 2017 (Dkt. No. 191) recommending denial of Dkt. No. 47, Defendants' Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(2) and 12(b)(6) (the "Motion"). Having considered the Motion and the Report and Recommendation, the Court is of the opinion that the Recommendation should be and hereby is **ADOPTED**.

**IT IS ORDERED** that the Plaintiff's Motion to Dismiss (Dkt. No. 47) is **DENIED**.

**So ORDERED and SIGNED this 27th day of March, 2017.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE