IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| GODO KAISHA IP BRIDGE 1, | § |
| *Plaintiff*, | § Case No. 2:16-CV-00134-JRG-RSP |
| v. | § |
| BROADCOM LIMITED, et al., | § |
| *Defendants*. | § |

## ORDER

Before the Court is the Report and Recommendation filed by Magistrate Judge Payne on April 17, 2017 (Dkt. No. 269) recommending that Defendants' Motion to Dismiss for Lack of Standing (Dkt. No. 124) be denied. Having considered the objections filed by Defendants (Dkt. No. 295) and finding them to be without sufficient merit, and after a de novo review, the Report and Recommendation is ADOPTED. Defendants' Motion to Dismiss for Lack of Standing (Dkt. No. 124) is DENIED.

**So ORDERED and SIGNED this 2nd day of May, 2017.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE