IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| GODO KAISHA IP BRIDGE 1, <br><br> Plaintiff, <br><br> v. <br><br> BROADCOM LIMITED, BROADCOM CORPORATION, AVAGO TECHNOLOGIES, LTD., AVAGO TECHNOLOGIES U.S., INC., and LSI CORPORATION, <br><br> Defendants. | Case No. 2:16-cv-134-JRG-RSP |

## JOINT MOTION TO DISMISS ALL CLAIMS AND COUNTERCLAIMS WITH PREJUDICE

Plaintiff Godo Kaisha IP Bridge 1 ("IP Bridge") and Defendants Broadcom Limited, Broadcom Corporation, Avago Technologies, Ltd., Avago Technologies U.S., Inc., and LSI Corporation (collectively "Broadcom"), by and through their counsel of record, and pursuant to the terms of the parties' executed Settlement Agreement, jointly move this Court to dismiss with prejudice all claims and counterclaims in the above-captioned matter, with each party to bear its own costs, expenses, and attorneys' fees.

Dated: June 30, 2017

/s/ Andrew N. Thomases
Melissa R. Smith
GILLAM & SMITH, LLP
TX State Bar No. 24001351
303 S. Washington Ave.
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
melissa@gillamsmithlaw.com

/s/ Bruce S. Sostek
Bruce S. Sostek
  State Bar No. 18855700
  Bruce.Sostek@tklaw.com
Herbert J. Hammond
  State Bar No. 08858500
  Herbert.Hammond@tklaw.com
Richard L. Wynne, Jr.
  State Bar No. 24003214

Andrew N. Thomases
(CA Bar No. 177339)
(Eastern District of Texas Member)
Andrew T. Radsch
(CA Bar No. 303665)
(Eastern District of Texas Member)
Christopher M. Bonny
(CA Bar No. 280554)
(Eastern District of Texas Member)
ROPES & GRAY LLP
1900 University Avenue, 6th Floor
East Palo Alto, CA 94303-2284
Telephone: (650) 617-4000
Facsimile: (650) 617-4090
andrew.thomases@ropesgray.com
andrew.radsch@ropesgray.com
christopher.bonny@ropesgray.com

Alexander E. Middleton
(NY Bar No. 4797114)
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036
(212) 596-9000
(212) 596-9090
alexander.middleton@ropesgray.com

***Attorneys for Godo Kaisha IP Bridge 1***

Richard.Wynne@tklaw.com
Adrienne E. Dominguez
  State Bar No.  00793630
  Adrienne.Dominguez@tklaw.com
Justin S. Cohen
  State Bar No.  24078356
  Justin.Cohen@tklaw.com
Vishal Patel
  State Bar No. 24065885
  Vishal.Patel@tklaw.com
David C. Schulte
  State Bar No. 24037456
  David. Schulte@tklaw.com
Natalie M. Cooley
  State Bar No. 24079912
  Natalie.Cooley@tklaw.com

THOMPSON & KNIGHT LLP
One Arts Plaza
1722 Routh St., Suite 1500
Dallas, Texas 75201
214.969.1700
214.969.1751 (Fax)

Kevin P. Anderson
  kanderson@wileyrein.com
WILEY REIN LLP
1776 K. Street, N.W.
Washington, DC 20006
202.719.7000
202.719.7049 (Fax)

Deron R. Dacus
  State Bar. No. 00790553
  ddacus@dacusfirm.com
THE DACUS FIRM, P.C.
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
903.705.1117
903.581.2543

Michael E. Jones
  State Bar No. 10929400
  mikejones@potterminton.com
POTTER MINTON P.C.
110 N. College Avenue, Suite 500

Tyler, Texas 75702
903.597.8311
903.593.0846 (Fax)

***Attorneys For Defendants***

# CERTIFICATE OF SERVICE

I certify that counsel of record are being served on June 30, 2017, with a copy of this document electronically via the CM/ECF system. Any counsel who has not consented to electronic service will be served via First Class U.S. Mail on this same date.

*/s/ Melissa R. Smith*
Melissa R. Smith