**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| GODO KAISHA IP BRIDGE 1,<br><br>    Plaintiff,<br><br>    v.<br><br>BROADCOM LIMITED, BROADCOM CORPORATION, AVAGO TECHNOLOGIES, LTD., AVAGO TECHNOLOGIES U.S., INC., and LSI CORPORATION,<br><br>    Defendants. | Case No. 2:16-cv-134-JRG-RSP |

**ORDER GRANTING JOINT MOTION TO DISMISS ALL**
**CLAIMS AND COUNTERCLAIMS WITH PREJUDICE**

Before the Court is Plaintiff Godo Kaisha IP Bridge 1 ("IP Bridge") and Defendants Broadcom Limited, Broadcom Corporation, Avago Technologies, Ltd., Avago Technologies U.S., Inc., and LSI Corporation's (collectively "Broadcom") joint motion to dismiss all claims and counterclaims in this action with prejudice, with each party to bear its own costs, expenses, and attorneys' fees. Having considered the motion, the Court is of the opinion the motion should be GRANTED.

IT IS THEREFORE ORDERED that all claims and counterclaims in the present action are dismissed with prejudice, with each party to bear its own costs, expenses, and attorneys' fees.

**SIGNED this 5th day of July, 2017.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE